**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**FILED CLERK, U.S. DISTRICT COURT**

**AUG 30 2017**

**CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY**

| | |
|---|---|
| Case Number  **1 7 C R O O 5 4 7** | Defendant Number  1 |
| U.S.A. v.  Jason Newling | Year of Birth  1972 |

[✓] Indictment  [ ] Information   Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor   [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense   June 2015 to August 2017

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other

Citation of Offense   18 U.S.C. § 1343 (Wire Fraud)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes

IF YES    Case Number   N/A

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE**   N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:   July 31, 2017

Case Number   17-1897M

Charging   18 U.S.C. § 1343 (Wire Fraud)

The complaint:   [✓] is still pending

[ ] was dismissed on: ___

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   Brett Greenfield

Phone Number:   818.995.1195

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*        [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes        [ ] No

This is the   N/A   superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
N/A

Case Number   N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*        [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [ ] No

CR-72 (10/16)                    CASE SUMMARY                    Page 1 of 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☐ No

\*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect:

N/A

### OTHER

☑ Male ☐ Female

☑ U.S. Citizen ☐ Alien

Alias Name(s) N/A

This defendant is charged in: ☑ All counts

☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile? ☐ Yes ☑ No

IF YES, should matter be sealed? ☐ Yes ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption

☐ government fraud ☐ tax offenses

☐ environmental issues ☑ mail/wire fraud

☐ narcotics offenses ☐ immigration offenses

☐ violent crimes/firearms ☑ corporate fraud

☐ Other N/A

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: August 1, 2017

b. Posted bond at complaint level on: August 4, 2017

in the amount of $ 100,000 secured

c. PSA supervision? ☑ Yes ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in** custody:

a. Place of incarceration: ☐ State ☐ Federal

b. Name of Institution: N/A

c. If Federal: U.S. Marshal's Registration Number:
N/A

d. ☐ Solely on this charge. Date and time of arrest:
N/A

e. On another conviction: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal AND

Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date 08/29/2017

Signature of Assistant U.S. Attorney

Kerry L. Quinn
Print Name