# *Memorandum*



| Subject: | Date: |
|---|---|
| United States v. JASON NEWLING | September 25, 2017 |

| To: | From: |
|---|---|
| KIRY K. GRAY | KERRY L. QUINN |
| Clerk, United States District Court | Assistant United States Attorney |
| Central District of California | Criminal Division |

This memorandum supplements the notice that was provided in the memorandum that was filed in this case on August 3, 2017.

Effective as of August 3, 2015:

(a) Assistant United States Attorney Patrick R. Fitzgerald is recused from any involvement in this case; and

(b) This case is not (1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; or (3) a matter in which current First Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

                                                /s/ electronically signed
                                                KERRY L. QUINN
                                                Assistant United States Attorney