Case 2:17-cr-00547-MWF   Document 35   Filed 02/23/18   Page 1 of 6   Page ID #:110

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5423
     Facsimile: (213) 894-6269
     E-mail:    Kerry.L.Quinn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JASON NEWLING,<br><br>        Defendant. | No. CR 17-547-MWF<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:  03/06/2018**<br>**PROPOSED TRIAL DATE: 08/07/2018** |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Kerry L. Quinn, and defendant JASON NEWLING ("defendant"), both individually and by and through his counsel of record, Brett Greenfield, Esq., hereby stipulate as follows:

    1.   The Indictment in this case was filed on August 30, 2017. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on August 1, 2017.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before November 8, 2017.

  2. On September 11, 2017, the Court set a trial date of November 7, 2017, and a status conference for September 25, 2017.

  3. Defendant is released on bond pending trial.  The parties estimate that the trial in this matter will last approximately five to six days.

  4. The Court has previously continued the trial date in this case from November 8, 2017 to March 6, 2018, and found the period between September 25, 2017 and March 6, 2018 to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

  5. By this stipulation, defendant moves to continue the trial date to August 7, 2018, and the status conference to July 30, 2018.

  6. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. Defendant is charged with a violation of 18 U.S.C. § 1343:  Wire Fraud.  The government has produced discovery to the defendant, comprising approximately 50,000 pages, including agent reports, recordings, transcripts of recordings, voluminous bank records, tax-related documents, documents from witnesses, search warrant returns, and other documents collected in the course of the investigation.  The investigation in this case is ongoing with respect to additional possible charges and defendants, and thus discovery is ongoing.

    b. Defense counsel also has other active matters preventing full preparation of this matter on the original schedule, including the following trials and other case-related matters scheduled in the upcoming months:

      i. <u>United States v. Fisher</u>, 1:16-CR-717 (N.D. Ill.), a sentencing hearing scheduled for March 27, 2018, in a fraud and money laundering case with significant sentencing exposure.

   c. In light of the foregoing, counsel for defendant represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

   e. The government does not object to the continuance.

   f. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

 7. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of March 6, 2018 to August 7, 2018, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on

the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: February 20, 2018         Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 LAWRENCE S. MIDDLETON
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                      /s/
                                 KERRY L. QUINN
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


I am JASON NEWLING's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with

4

my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than August 7, 2018 is an informed and voluntary one.

_____    DATE 2/22/18
BRETT GREENFIELD, ESQ.
Attorney for Defendant
JASON NEWLING

    I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than August 7, 2018. I understand that I will be ordered to appear in Courtroom 5A of the First Street Courthouse, 350 West First Street, Los Angeles, California 90012 on August 7, 2018 at 8:30 am.

_____    DATE
JASON NEWLING
Defendant

5

my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than August 7, 2018 is an informed and voluntary one.

_____          _____
BRETT GREENFIELD, ESQ.                              DATE
Attorney for Defendant
JASON NEWLING

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than August 7, 2018. I understand that I will be ordered to appear in Courtroom 5A of the First Street Courthouse, 350 West First Street, Los Angeles, California 90012 on August 7, 2018 at 8:30 am.

_____          2/23/2018
JASON NEWLING                                       DATE
Defendant

5